State v. Atkins

court where the defendant will be entitled to replead to the bill of indictment.

Vacated and remanded.

Judges BROCK and MORRIS concur.

STATE OF NORTH CAROLINA v. JEFF ATKINS

No. 713SC291

(Filed 4 August 1971)

APPEAL by defendant, Jeff Atkins, from *James, Judge,* 5 November 1970 Session of CARTERET Superior Court.

The defendant was charged in a bill of indictment, proper in form, with possession of narcotic drugs for the purpose of sale, in violation of G.S. 90-88. The defendant, represented by privately employed counsel, entered a plea of *nolo contendere.* From a judgment imposing a prison sentence of eighteen months, the defendant appealed.

*Attorney General Robert Morgan and Staff Attorney Walter E. Ricks III for the State.*

*Paul and Keenan by James Keenan for defendant appellant.*

HEDRICK, Judge.

The questions presented on this appeal are identical with those presented in the case of *State v. Treadway, ante,* 167. For the reasons stated therein, the defendant's plea of *nolo contendere* and the judgment entered thereon are vacated and the case is remanded to the superior court where the defendant will be entitled to replead to the bill of indictment.

Vacated and remanded.

Judges BROCK and MORRIS concur.